# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

****

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cause No. CR-10-64-GF-BMM-1 |
| ) | |
| Plaintiff, ) | |
| vs. ) | |
| ) | **ORDER FOR EXTENSION OF** |
| HAARUN ABU LATIF MUNIR, ) | **MOTIONS DEADLINE** |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |
| _____) | |

THE DEFENDANT having requested an extension of his motions deadline (Docs. 70-71), and good cause appearing therefore;

IT IS HEREBY ORDERED that Mr. Munir and his counsel have an additional thirty (30) days from the Court's current deadline of September 17, 2024, to file an amended motion in this matter.

DATED this 6th day of September, 2024.

_____
Brian Morris, Chief District Judge
United State District Court